**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dechoal Marie Quiroz-Montano, | No. CV-21-02015-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Christopher Kevin Huls, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Seal in which Plaintiff seeks an Order sealing "all documents, motions, etc." in this case. (Doc. 1). For the reasons that follow, the Motion will be denied.

In order to overcome the strong presumption in favor of public access, a party seeking to seal a judicial record must articulate justifications for sealing that outweigh the public policies favoring disclosure. *See Kamakana v. City and Cnty. of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006); *see also* LRCiv. 5.6(b) ("Any motion or stipulation to file a document under seal must set forth a clear statement of the facts and legal authority justifying the filing of the document under seal and must append (as a separate attachment) a proposed order granting the motion.").

Here, Plaintiff fails to identify grounds which explain why any of the filings in this case are entitled to protection, let alone why the entire case should be sealed. Moreover, this Court's review of the lodged Proposed Complaint (Doc. 2) and the lodged Proposed Motion to Proceed Without Prepaying Fees or Costs (Doc. 3) does not reveal any readily

apparent information that requires confidentiality or that would otherwise justify sealing the case. Without such justification, this Court cannot grant Plaintiff's Motion to Seal.

Additionally, under this Court's rules, "[i]f a request to file under seal is denied . . ., the lodged document will not be filed." LRCiv. 5.6(e). However, "the submitting party may . . . resubmit the document for filing in the public record." *Id*. Here, Plaintiff's lodged Proposed Complaint (Doc. 2) and lodged Proposed Motion to Proceed Without Prepaying Fees or Costs (Doc. 3) will therefore not be filed. Plaintiff shall have until December 17, 2021 to file a new Motion to Seal in accordance with this Order, along with any proposed documents to be lodged separately. Alternatively, Plaintiff may refile the Complaint and Motion to Proceed Without Prepaying Fees or Costs for filing in the public record.

Accordingly,

**IT IS ORDERED** that the Motion to Seal (Doc. 1) is **denied**.

**IT IS FURTHER ORDERED** that, no later than **December 17, 2021**, Plaintiff shall either file a new Motion to Seal in accordance with this Order, along with the proposed documents for lodging, or refile the Complaint and Motion to Proceed Without Prepaying Fees or Costs for filing in the public record.

Dated this 30th day of November, 2021.

Honorable Steven P. Logan
United States District Judge